CHRISTINE REITAN *vs.* ELIZA GOEBEL and others.

May 1, 1889.

**Action on Appeal Bond.**—Evidence *held* sufficient to support the verdict.

Action brought in the district court for Clay county on a *supersedeas* bond given by defendant Goebel on an appeal to this court from an order refusing a new trial in the suit of *Reitan* v. *Goebel*, the other defendants being the sureties. A former appeal is reported, 35 Minn. 384. Upon the trial, before *Baxter*, J., plaintiff had a verdict. Defendants appeal from an order refusing a new trial.

*Burnham & Tillotson*, for appellants.

*O. Mosness*, for respondent.

*By the Court.* The only question presented upon this appeal is as to whether the evidence justified the determination of the jury that, at the time of the execution of the bond upon which this action is brought, the defendant Goebel had property which might have been

seized and appropriated to the satisfaction of a judgment which the plaintiff had recovered against her. An examination of the record satisfies us that the evidence was sufficient, and that the order refusing a new trial should be affirmed.

Ordered accordingly.